# United States Court of Appeals for the Federal Circuit

---

November 20, 2020

**ERRATA**

---

Appeal Nos. 2019-1852, 2019-2323

**WHITEWATER WEST INDUSTRIES, LTD., A CANADIAN CORPORATION,**
*Plaintiff-Appellee*

**v.**

**RICHARD ALLESHOUSE, AN INDIVIDUAL, YONG YEH, AN INDIVIDUAL, PACIFIC SURF DESIGNS, INC., A DELAWARE CORPORATION,**
*Defendants-Appellants*

Decided:  November 19, 2020
Precedential Opinion

---

Please make the following change:

On page 9, line 25, "On appeal, the parties accept" is changed to "The parties now accept"